UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JOHN PETERSON JANVIER,**

      **Plaintiff,**

v.                                            Case No: 6:23-cv-1839-PGB-EJK

**ATTORNEY GENERAL OF FLORIDA,**

      **Defendant.**

### ORDER

This cause comes before the Court on review of the file. On September 22, 2023, *pro se* Plaintiff filed a Complaint against the Attorney General of Florida, challenging the constitutionality of two Florida statutes. (Doc. 1.) Plaintiff has not, to date, paid the filing fee or moved to proceed *in forma pauperis*. The Complaint also does not bear Plaintiff's original signature. (*Id.*) Absent a judge's permission, a *pro se* litigant is not permitted to file documents on CM/ECF, and therefore, all filings must include Plaintiff's original signature.

Finally, the Complaint does not fully comport with the Federal Rules of Civil Procedure. To state a claim, a plaintiff must provide a short and plain statement of the basis of the Court's jurisdiction, the plaintiff's entitlement to relief, and a demand for relief. Fed. R. Civ. P. 8(a). The plaintiff must allege the claim in a legible manner with numbered paragraphs, incorporating by reference other parts of the pleading for clarity. Fed. R. Civ. P. 10. Relevant facts should be segregated to each of their

respective claims. *See Beckwith v. Bellsouth Telecomms., Inc.*, 146 Fed. App'x. 368, 372 (11th Cir. 2005). Although district courts apply a "less stringent standard" to the pleadings submitted by a *pro se* plaintiff, even *pro se* litigants must allege the essential elements of their claims for relief. *See Eidson v. Arenas*, 910 F. Supp. 609, 612 (M.D. Fla. 1995).

Here, Plaintiff does not state the basis for the Court's jurisdiction or why venue is proper in this Court, and does clearly state the claim(s) Plaintiff intends to pursue. (Doc. 1.) Finally, to the extent that Plaintiff is challenging the constitutionality of a Florida statute, he must comply with Federal Rule of Civil Procedure 5.1(a).

Therefore, upon consideration, is it **ORDERED** as follows:

1. **On or before October 27, 2023**, Plaintiff is **DIRECTED** to:
   a. File an Amended Complaint that remedies the deficiencies identified in this Order; and
   b. File a motion to proceed *in forma pauperis* or pay the $402 filing fee to the Clerk of Court.
2. Failure to timely comply with this Order may result in the dismissal of Plaintiff's case without further notice.

**DONE** and **ORDERED** in Orlando, Florida on October 13, 2023.

_____
EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE

- 2 -